**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-1067**

———————

ROBERT MYERS,

Plaintiff - Appellant,

versus

SHEILA F. WINDNALL, Secretary of the Air Force,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (CA-96-1195-A)

———————

Submitted:  July 22, 1998          Decided:  August 5, 1998

———————

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Robert Myers, Appellant Pro Se.  Richard Dennis Hipple, AIR FORCE
LEGAL SERVICES AGENCY, Arlington, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing Appellant's claim of retaliation under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. § 2000e (West 1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Myers v. Windnall</u>, No. CA-96-1195-A (E.D. Va. Nov. 10 & 13, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>